E-filing

1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865     Fax: (510) 238-6500
   X02575/345232
5
   Attorneys for Defendants
6  CITY OF OAKLAND, RICHARD WORD,
   R. GILL, B. VASS and C. SAUNDERS
7

**FILED**
JUL 25 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARKUS BROWN,                                    | Case No. C 05-00883 ~~BZ~~ MJJ
12 |           Plaintiffs,                            | (Related to C 04-2693 MJJ)
13 |     v.                                           | STIPULATION AND ~~PROPOSED~~
                                                      | ORDER FOR CONTINUANCE OF CASE
14 | CITY OF OAKLAND, a municipal                     | MANAGEMENT CONFERENCE
   | corporation; RICHARD WORD, in his
15 | capacity as Chief of Police for the CITY OF
   | OAKLAND; R. GILL, individually, and in his
16 | capacity as a police officer for the CITY OF
   | OAKLAND; B. VASS, individually, and in his
17 | capacity as a police officer for the CITY OF
   | OAKLAND; C. SAUNDERS, individually,
18 | and in his capacity as a police officer for the
   | CITY OF OAKLAND; and, Oakland police
19 | officers DOES 1-25, inclusive,
20 |           Defendants.
21

22     The parties hereby stipulate that the case management conference
23 scheduled to take place before the Honorable Martin J. Jenkins in captioned matter be
24 continued from July 26, 2005 at 2:00 p.m. to August 16, 2005 at 2:00 p.m.
25
26

Case 3:05-cv-00883-JL   Document 8   Filed 07/25/05   Page 2 of 2

Jul 21 05 10:11a    Law Offices of John L. Burris    15108395321    p.3
Case 3:05-cv-00883-MJJ   Document 7   Filed 07/21/2005   Page 2 of 2
07/21/2005  10:41   5102386500                                      PAGE  04/04

1     _____    Date:   7/21/05
      STEPHEN Q. ROWELL
2    Attorney for Defendants
    CITY OF OAKLAND, RICHARD WORD,
3    R. GILL, B. VASS and C. SAUNDERS

4

5
    _____    Date:   7/21/05
6    BENJAMIN NISENBAUM, ESQ
    Attorney for Plaintiffs
7

8

9

10

11

12                          ORDER

13

14 It is so ordered.
     7/25/2005               _____
15                           HONORABLE MARTIN J. JENKINS
                          United States District Court
16

17

18

19

20

21

22

23

24

25

26

-2-
STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE